UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY WESTPHAL,

    Plaintiff,

v.                                               Case No. 8:12-cv-1295-T-30MAP

GEORGE MELVIN and MYRA
MELVIN,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Defendants' motion to compel (doc. 4) Medicaid and Medicare records regarding Plaintiff's previously existing injuries as Plaintiff brings suit for alleged injuries suffered in a motor vehicle accident. Local Rule 3.01(b) states, "Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." *See* Local Rule 3.01(b). I construe Plaintiff's lack of opposition as tacit compliance with the relief Defendants request. Accordingly, it is

    ORDERED:

    1.    Defendants' motion to compel (doc. 4) is granted.

    2.    Plaintiff is directed to complete Defendants' requested authorizations pertaining to Plaintiff's Medicaid and Medicare records.

DONE and ORDERED at Tampa, Florida on this July 3, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: counsel of record